# USDC-EDMO
## CRIMINAL CASE COVER SHEET — INFORMATION

| | | | | |
|---|---|---|---|---|
| **Division of Filing:** | **County of Offense:** | **Matter to be Sealed:** | | **Type of Charge:** |
| Eastern | St. Louis | No | | Felony |

JAN 29 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

**Defendant Information:**
Defendant's Name   Stephen B. Evans
Alias Name
Birthdate         11/21/1966         Not Available __
Social Security No.  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      Not Available __

**Related Case Information:**
Superseding Indictment/Information?  _X_ Yes   __ No  *If yes, original case number*: 4:12 CR 383 JCH
Is this a New Defendant in the Superseding Indictment/Information?   __ Yes   _X_ No
Prior Complaint?   __ Yes   _X_ No   If yes, Complaint No. _____
Complaint:   __ Pending   __ Dismissed
Defendant has had an appearance before a Magistrate?  _X_ Yes   __ No  If yes, Magistrate name: Frederick R. Buckles
Victim-Witness Act applies:   yes
Name of AUSA:        John M. Bodenhausen, 49568MO
Agency:              USPIS / Gorham
Recommended Bond/Detention:   Continue existing bond

**Interpreter Needed:**
__ Yes       Language and/or dialect _____
_X_ No
__ Not known at this time

**Location Status:**
Arrest Date _____
__ Currently in Federal Custody
__ Currently in State Custody   Writ required   __ Yes   __ No
_X_ Currently on bond set by Court
__ Defendant not in custody

U.S.C. Citations and Total # of Counts against this Defendant:   two

| Index Key/Code/Offense Level/AOcd/Sev | Description of Offense Charged | Count(s) | Penalty Information |
|---|---|---|---|
| 18:1341.F/4/4700/213 | Mail Fraud | 1 | I nmt 20 yrs.<br>F nmt $250,000 or both<br>Sup. Rel. nmt 3 yrs.<br>$100 Special Assessment/count |
| 18:1343.F/4/4700/213 | Fraud by wire | 2 | I nmt 20 yrs.<br>F nmt $250,000 or both<br>Sup. Rel. nmt 3 yrs.<br>$100 Special Assessment/count |

Date   1/29/2013             **Signature of AUSA**   *[signed]*
                                                      John M. Bodenhausen, #49568