UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

*Courtroom Minute Sheet:* SENTENCING PROCEEDINGS
*before United States District Judge*

CASE NUMBER: 4:12CR383 JCH    DATE: 7-11-13

Court Reporter P. Kriegshauser    Courtroom Deputy CLK

| Plaintiff(s) USA | Defendant(s) Stephen B. Evans |
|---|---|
| Plaintiff Attorney(s) John Bodenhausen | Defendant Attorney(s) ( ) cja ( )pda (X) ret Matthew Schelp |

Interpreter: _____ (IUR form forwarded to Finance Unit)

Probation Officer present in courtroom: __Present__

- [X] Defendant/Parties present for imposition of sentence.
- [ ] Plea Agreement adopted and accepted by the Court.
- [X] No objections to Presentence Report filed by either party.
- [ ] Objections to PSR filed by ☐ Defendant ☐ Government:
    - [ ] After hearing arguments, the Court ☐ overruled ☐ granted objections _____
    
    Other: _____
- [ ] PSR to be amended
- [X] PSR adopted and accepted by the Court and to be filed *Under Seal*. Administrative correction to be made
- [ ] Downward departure motion filed by ☐ Government ☐ Defendant
    The Court ☐ Granted ☐ Denied the motion for downward departure
- [X] Sentence imposed - See Judgment
- [ ] Count(s) _____ dismissed upon the motion of the AUSA.
- [ ] Defendant Remanded to custody of USM
- [X] Defendant granted a Voluntary Surrender to the institution for incarceration as notified by USM
    - [ ] Surrender date: _____
- [ ] Defendant released on Probation pending processing by USM

[X] cert. of compliance w/Local Rule 12.07(A) given to Deft's Atty.
Letters Rcd and to be made part of the record.

Courtroom time: 10:06 AM to 10:42 AM