## United States District Court
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

*James G. Woodward*
*Clerk of Court*

Phone: 314-244-7900

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, Office of Passport Policy and Advisory Services, 2100 Pennsylvania Avenue NW, 3rd Floor, Washington, DC 20037:

| Defendant Name | Passport Number | Case Number | JCC Date |
| --- | --- | --- | --- |
| Frank L. Zerjav, Jr. | 452103488 | 4:12-CR-0433-CDP-1 | 06/27/2013 |
| Frank L. Zerjav, Jr. | C03208474 | 4:12-CR-0433-CDP-1 | 06/27/2013 |
| Stephen B. Evans | 457254014 | 4:12-CR-0383-JCH-1 | 07/11/2013 |
| James Love | 438971678 | 4:12-CR-0274-JAR-1 | 06/20/2013 |
| Gary Salant | 496690510 | 4:12-CR-0246-RWS-1 | 06/21/2013 |
| Wit A. Jamry | 218972041 | 4:13-CR-0070-ERW-1 | 07/11/2013 |
| Eric Hinson | 473782191 | 4:13-CR-0010-ERW-1 | 06/13/2013 |
| Brandon Lawrence Adams | 432974748 | 4:12-CR-0096-AGF-1 | 07/01/2013 |
| Carlos Roman-Perez | C02610255 | 4:10-CR-0340-HEA-2 | 02/14/2011 |

Dated this 12th day of August, 2013

_____
Catherine D. Perry
Chief United States District Judge